1  MARTIN J. LAWLER (CSBN 77127)
   MAXINE D. BAYLEY (DCBN 490710)
2       Lawler & Lawler
        201 Filbert Street, Suite 400
3       San Francisco, California 94133
        Telephone: (415) 391-2010
4       FAX: (415) 781-6181
        Email: mlawler@aboutvisas.com
5           mbayley@aboutvisas.com

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 Geoffrey Fletcher                    )   **C 07   2632**
                                        )
12 Plaintiff,                           )   Civil No.
                                        )
13     v.                               )   File No. A73 143 499
                                        )   WSC*000988293
14 Rosemary Melville, District Director, U.S. )
15 Citizenship & Immigration Services, San )
   Francisco District Office            )
16                                      )
17 Alberto Gonzales, Attorney General,  )   COMPLAINT FOR DECLARATORY
   U.S. Department of Justice,          )   JUDGMENT OF NATURALIZATION
18                                      )   UNDER 8 USC §§1447(b) and 1421(c)
   Robert Mueller, Director,            )   AND WRIT OF MANDAMUS
19 Federal Bureau of Investigations,    )
                                        )
20                                      )
   Emilio T. Gonzalez, Director, U.S.   )
21 Citizenship & Immigration Services   )
                                        )
22 Michael Chertoff, Secretary, U.S.    )
23 Department of Homeland Security      )
                                        )
24 Defendants.                          )
                                        )
25 _____ )

26     **COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION AND**
27                        **WRIT OF MANDAMUS**

28
   COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION UNDER 8 USC §§1447(b)
   AND 1421(c) AND WRIT OF MANDAMUS

Plaintiff, by and through his undersigned counsel, brings this complaint against Defendants, and alleges as follows:

## PARTIES

1. Plaintiff, Geoffrey Fletcher, is a native and citizen of the United Kingdom and a lawful permanent resident of the United States who resides in the jurisdiction of this Court. Plaintiff brings this action to obtain naturalization by this Court pursuant to §336(b) of the Immigration & Naturalization Act (INA); 8 USC §1447(b) and 8 USC §1421(c), and writ of mandamus to compel Defendants to complete any remaining background checks. The U.S. Citizenship & Immigration Services (USCIS) conducted the naturalization examination of Plaintiff on March 3, 2004. Plaintiff meets all of the statutory eligibility requirements for citizenship. There has been a delay in adjudicating his application for over three years after his interview. This Court has exclusive jurisdiction pursuant to INA §336(b), 8 USC §1447(b), to make a determination on his application for naturalization because more than 120 days have elapsed since Plaintiff's interview. Plaintiff requests that this Court review his application for naturalization *de novo* and order that his naturalization application be approved.

2. Defendant Rosemary Melville is the District Director of the San Francisco District office of the U.S. Citizenship & Immigration Service ("USCIS"), and is sued herein in her official capacity. Defendant is charged by law with the obligation of adjudicating naturalization applications within the San Francisco USCIS District Office pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.3.

3. Defendant Alberto Gonzales, U.S. Attorney General, is an officer who oversees the activities of the FBI and is sued herein in his official capacity. Defendant is charged by law with the obligation of providing information for naturalization applications filed with the USCIS

COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION UNDER 8 USC §§1447(b) AND 1421(c) AND WRIT OF MANDAMUS

1    District pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR

2    §316.2.

3
4    4. Defendant Robert Mueller, Director of the Federal Bureau of Investigation ("FBI"), is sued
5    in his official capacity.  The FBI is the agency currently charged with "clearing" aliens for
6    immigration benefits.  The USCIS regularly attributes its delays to the FBI.  The Special Agent
7    in Charge of the San Francisco office may be served at his office in San Francisco, California.

8    5. Defendant Emilio T. Gonzalez, Director of USCIS, is an officer who oversees the
9    activities of USCIS and is sued herein in his official capacity. Defendant is charged by law with
10   the obligation of adjudicating naturalization applications pursuant to 8 USC §1421, 8 USC
11
12   §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.2.

13   6. Defendant Michael Chertoff, Secretary of the Department of Homeland Security, is the
14   officer who oversees the activities of USCIS and is sued herein in his official capacity.  He is
15   charged by law with the obligation of adjudicating applications for naturalization.
16

17                                **JURISDICTION**

18   7.  Jurisdiction in this case is proper pursuant to 8 USC §§1447(b) and 1421(c), 28 USC
19   §§2201, and 8 CFR §310.5.  Jurisdiction in this case is also provided pursuant to 28 USC §§1331
20   and 1361 and 5 USC §§555(b) and 706(i).
21

22                                   **VENUE**

23   8.  Venue is proper in this court pursuant to 28 USC §1391(e) which provides that a civil
24   action against an officer or employee of the United States or any agency of the United States
25   may be brought in the judicial district where the plaintiff resides.  Plaintiff is a resident of the
26   Northern District of California.  USCIS, the Department of Justice, and the FBI are agencies
27   operating within this district.
28
COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION UNDER 8 USC §§1447(b)
AND 1421(c) AND WRIT OF MANDAMUS

## STATEMENT OF FACTS

9. Plaintiff is a lawful permanent resident of the United States. Plaintiff's Declaration detailing the facts presented herein is attached as Exhibit A.

10. Plaintiff filed an application for naturalization which was received by USCIS on June 24, 2003. The receipt dated June 30, 2003 for filing the application is attached as Exhibit B.

11. Soon after filing the naturalization application, Plaintiff was fingerprinted by Defendants on August 7, 2003 so that all security checks could be obtained and completed. The fingerprint worksheet is at Exhibit C.

12. Plaintiff was interviewed by USCIS at its offices in San Francisco, CA on March 3, 2004. The immigration officer who conducted Plaintiff's interview issued a form letter to Plaintiff at the conclusion of the interview stating that Plaintiff passed the tests of English and US history and government but that a decision to refer his application for swearing in could not be made until the FBI background check was completed. A copy of the USCIS letter to Plaintiff dated September 21, 2005 is at Exhibit D stating the Plaintiff's "security check" had not been completed. USCIS sent a similar letter on November 17, 2004 (Exhibit E). The Plaintiff was also scheduled for a second fingerprinting. The notice is dated January 31, 2005 and is at Exhibit F. Plaintiff was asked again to submit fingerprints by notice dated May 14, 2007. That notice is also included in Exhibit F.

13. Despite eligibility for naturalization, Plaintiff's application has remained unadjudicated for three years and it may remain undecided for years to come. Defendants have had all information necessary to decide Plaintiff's application for over three years. Defendants' refusal to act is arbitrary, willful and unreasonable and prejudicial to Plaintiff.

14. Plaintiff has a right to have Defendant adjudicate his application, and Defendant's failure to do so has denied Plaintiff his rights under 8 USC §1421 and 8 USC §1447.

15. Plaintiff has been and will continue to be damaged by Defendants' failure to act. Plaintiff wants to be able to vote and participate in other normal activities available only to U.S. Citizens.

16. Plaintiff has a right to have Defendants adjudicate his application, and Defendants' failure to do so denied Plaintiff his rights under 8 USC §1421 and §1447.

17. Plaintiff has exhausted his administrative remedies.

18. Defendants' inaction represents a denial of Plaintiff's application, and this Court may review the matter *de novo* under 8 USC §1421(c) and §1447(b). Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHERFORE, Plaintiff prays that:

19. The Court will hear Plaintiff's case and render a declaratory judgment that he is entitled to be naturalized.

20. In the alternative, remand this matter with instructions to USCIS and FBI to complete the adjudication of Plaintiff's application within 45 days, and if this is not accomplished, resume jurisdiction and set a hearing.

21. The Court grant Plaintiff reasonable attorney's fees and such further relief as may be just, lawful and equitable.

DATED: May 16, 2007                    Respectfully submitted,

MARTIN J. LAWLER

COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION UNDER 8 USC §§1447(b)
AND 1421(c) AND WRIT OF MANDAMUS

Page 5

MARTIN J. LAWLER (CSBN 77127)
MAXINE D. BAYLEY (DCBN 490710)
Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, California 94133
Telephone: (415) 391-2010
FAX: (415) 781-6181
Email: mlawler@aboutvisas.com
        mbayley@aboutvisas.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Geoffrey Fletcher | ) |
| Plaintiff, | ) Civil No. |
| v. | ) File No. A73 143 499 |
| | ) WSC*000988293 |
| Rosemary Melville, District Director, U.S. | ) |
| Citizenship & Immigration Services, San | ) |
| Francisco District Office | ) |
| | ) |
| Alberto Gonzales, Attorney General, | ) CERTIFICATE OF INTERESTED |
| U.S. Department of Justice, | ) ENTITIES OR PERSONS |
| | ) |
| Robert Mueller, Director, | ) |
| Federal Bureau of Investigations, | ) |
| | ) |
| Emilio T. Gonzalez, Director, U.S. | ) |
| Citizenship & Immigration Services | ) |
| | ) |
| Michael Chertoff, Secretary, U.S. | ) |
| Department of Homeland Security | ) |
| | ) |
| Defendants. | ) |

1

Certificate of Interested
Entities or Persons

1

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

2

3          Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

4    named parties, there is no such interest to report.

5

6

7                                              Respectfully submitted,

8

9

10   DATED: May 16, 2007

11                                              MARTIN J. LAWLER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2

Certificate of Interested
Entities or Persons

MARTIN J. LAWLER (CSBN 77127)
MAXINE D. BAYLEY (DCBN 490710)
Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, California 94133
Telephone: (415) 391-2010
FAX: (415) 781-6181
Email: mlawler@aboutvisas.com
        mbayley@aboutvisas.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Geoffrey Fletcher                           )
                                            )
Plaintiff,                                  )      Civil No.
                                            )
        v.                                  )      File No. A73 143 499
                                            )      WSC*000988293
Rosemary Melville, District Director, U.S.  )
Citizenship & Immigration Services, San     )
Francisco District Office                   )
                                            )
Alberto Gonzales, Attorney General,         )
U.S. Department of Justice,                 )
                                            )
Robert Mueller, Director,                   )
Federal Bureau of Investigations,           )
                                            )
Emilio T. Gonzalez, Director, U.S.          )
Citizenship & Immigration Services          )
                                            )
Michael Chertoff, Secretary, U.S.           )
Department of Homeland Security             )
                                            )
Defendants.                                 )
                                            )

**CERTIFICATE OF SERVICE**

Certificate of Service

The undersigned hereby certifies that she is an employee of Lawler & Lawler, is a person

of such age and discretion to be competent to serve legal papers, and that she is causing a true

copy of the following **Complaint for Declaratory Judgment of Naturalization and Writ in**

**the Nature of Mandamus** to be served on this date, via certified U.S. mail, postage pre-paid to

the parties as addressed below:

Edward Olsen, AUSA
U.S. Department of Justice
450 Golden Gate Ave
10th Floor, Box 36055
San Francisco, CA 94102

Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Rosemary Melville
USCIS
San Francisco Dist. Office
630 Sansome St.
San Francisco, CA 94111

Emilio T. Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Ave., NW
Washington, DC 20529

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Office of the General Counsel
Washington, DC 20528

Robert Mueller, Director
Federal Bureau of Investigation (FBI)
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

DATED: May 16, 2007

Respectfully submitted,

MAXINE BAYLEY

Certificate of Service

Page 2

**EXHIBIT  A**

## Declaration

I, Geoffrey Fletcher, hereby declare as follows:

1. I reside at 612 Ridge Road, Tiburon, California 94920. I am a citizen of the United Kingdom and a permanent resident of the United States.

2. I make this Affidavit in support of an action for declaratory judgment by which I hope to finally obtain my citizenship.

3. I became a permanent resident of the United States on or about November 30, 1994. Since becoming a permanent resident, I have lived in the United States except for short trips abroad. I work in the financial services industry.

4. On June 24, 2003, I applied for naturalization with the U.S. Citizenship and Immigration Services ("USCIS"). As instructed by USCIS, I had my fingerprints taken at the Application Support Center on August 7, 2003 and I gave my fingerprints a second time per a USCIS notice dated January 31, 2005.

5. On March 3, 2004 I was interviewed at USCIS offices in San Francisco, California. At the interview, the officer told me that I had passed the government civics, U.S. history and English language tests, but that a decision to refer my appointment for swearing in could not be made until the background check is completed.

6. Over the last three years I have inquired into the status of my case and have received two letters from USCIS stating that my application remains pending the result of security checks.

7. Although I have done everything the government requested, my application remains undecided. Based on the information I was given by USCIS, the reasons for the delay in deciding my application are that the FBI name check has not been completed.

8.  I feel powerless to do anything to get the government to decide my application. I want to be a US citizen so I can fully participate in civic life by voting and to enjoy all the freedom and privileges Citizenship brings

9. The government has unreasonably delayed my application.


Everything in this declaration is true and correct.

May 11ᵗ 2007

Date

Geoffrey Fletcher

2

**EXHIBIT  B**

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>June 30, 2003 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 073 143 499 |
| **APPLICATION NUMBER**<br>WSC*000988293 | **RECEIVED DATE**<br>June 24, 2003 | **PRIORITY DATE**<br>June 24, 2003 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
GEOFFREY MARTIN FLETCHER
c/o MARTIN LAWLER
LAWLER & LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133

IıIıııIııIıııIııIıIıııIıIı

PAYMENT INFORMATION:

Single Application Fee:       $310.00
Total Amount Received:       $310.00
Total Balance Due:            $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:        August 17, 1954
Address Where You Live:   612 RIDGE RD
                      TIBURON CA 94920

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001074901

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



**EXHIBIT C**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | **NOTICE DATE**<br>July 02, 2003 |
|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | **INS A#**<br>A 073 143 499 |
| **APPLICATION NUMBER**<br>WSC*000988293 | **RECEIVED DATE**<br>June 24, 2003 | **PRIORITY DATE**<br>June 24, 2003 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

GEOFFREY MARTIN FLETCHER
c/o MARTIN LAWLER
LAWLER & LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133



ldulululldlullh

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS SANTA ROSA<br>1401 GUERNEVILLE RD<br>SUITE 100<br>SANTA ROSA CA 95403 | 08/07/2003<br>09:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon          ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA CA 95403

If you have any questions regarding this notice, please call 1-800-375-5283.          REPRESENTATIVE COPY

**APPLICATION NUMBER**
WSC*000988293

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93) N

**EXHIBIT D**

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

GEOFFREY FLETCHER

612 RIDGE ROAD

TIBURON CA 94920

File No. A73 143 499

App Id: WSC*000988293

Date: 09/21/2005   cw

Officer:

Re:   Martin Lawler, Esq.

Re: Pending N-400 for Background Check

        This is in response to your recent inquiry.    A review of
your application shows that your Form N-400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.    We
apologize for the delay and request your cooperation and patience
in waiting for these important checks to be completed.

        Thank you for your cooperation and patience.

        U.S. Citizenship and Immigration Services
        630 Sansome Street
        San Francisco CA 94111

Sincerely,

David N Still

District Director

www.dhs.gov

**EXHIBIT E**

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

MARTIN LAWLER                                    A73143499
201 FILBERT ST.,#400
SAN FRANCISCO,CA  94133                          Date: Nov. 17, 04
RE: GEOFFREY FLETCHER                            FGV

## A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application for naturalization until national security checks
are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks
and this office has no control over the pace of their completion. **In fact, it is not unusual for the
checks to take well over six months.**

It is important to understand that your case is not the only one. At any given time, there are many
hundreds of this office's cases pending due to national security checks and that a significant portion
of the checks take more than six months. Cases with pending security checks are queried every
week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days
from the date of your interview before making any inquiries into the status of your case. This will
help us use our personnel more efficiently to complete cases rather than diverting them to answer
premature status inquiries.

I note that you were interviewed on _3/03/04 for naturalization.


                                    Sincerely,

                                    David N/ Still
                                    District Director

**EXHIBIT F**

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

GEOFFREY FLETCHER

C/O LAWLER AND LAWLER

210 FILBERT STREET #400

SAN FRANCISCO CA 94133

File No. A73 143 499

Date: January 31, 2005

Officer: rlb

Cc:

---

The fingerprints that you submitted have expired. To continue processing your application, you must go to a CIS Application Support Center to have your fingerprints taken. **Please ignore this letter if you have appeared for fingerprints within the last 90 days, or if you receive a duplicate notice and your fingerprints were not unclassifiable.**

**If you do not have them taken within an 87-day period, your naturalization application may be considered abandoned and denied** pursuant to 8 CFR § 103.2(b)(13). Please present yourself with this letter to one of the sites below for Re- fingerprinting:

| | | | |
|---|---|---|---|
| ☐ | **SAN FRANCISCO**<br>250 Broadway (At Sansome St)<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | ☐ | **OAKLAND**<br>2040 Telegraph Avenue<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |
| ☐ | **SANTA ROSA**<br>1401 Guerneville Rd, Suite 100<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | ☐ | **SAN JOSE**<br>122 Charcoat Avenue<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |
| ☐ | **MODESTO**<br>901 N Carpenter Ave #14<br>HOURS:<br>**Tuesday through Saturday**, 9am to 3:30 pm | ☐ | **SALINAS**<br>1954 N Main Street<br>HOURS:<br>**Tuesday through Saturday**, 9am to 3:30 pm |
| ☐ | **SACRAMENTO**<br>731 K Street, Room 100<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | ☐ | **FRESNO**<br>4893 E. Kings Canyon<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |
| | | | |

Photo Identification. **Naturalization applicants should bring their Alien Registration Card.** All applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**Please take note that the staff at the Application Support Center will not be able to answer any questions about the status of your application.**

www.dhs.gov

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Geoffrey Martin Fletcher

612 Ridge Road

Tiburon, CA 94920

File No. A 73 143 499

App Id: WSC*000988293

Date: May 14, 2007

Officer: RE

cc: Martin Lawler, Attorney

--------------------------------------------------------------------------------

Your fingerprint results have expired. To continue processing your application, you must go to a CIS Application Support Center to have your fingerprints taken. **Please ignore this letter if you have appeared for fingerprints within the last 90 days, or if you receive a duplicate notice and your fingerprints were not unclassifiable.**

**If you do not have them taken within an 87-day period, your naturalization application may be considered abandoned and denied** pursuant to 8 CFR § 103.2(b)(13). Please present yourself with this letter to one of the sites below for Re- fingerprinting:

| | |
|---|---|
| **SAN FRANCISCO**<br>250 Broadway (At Sansome St)<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | **OAKLAND**<br>2040 Telegraph Avenue<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |
| **SANTA ROSA**<br>1401 Guerneville Rd, Suite 100<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | **SAN JOSE**<br>122 Charcoat Avenue<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |
| **MODESTO**<br>901 N Carpenter Ave #14<br>HOURS:<br>**Tuesday through Saturday**, 9am to 3:30 pm | **SALINAS**<br>1954 N Main Street<br>HOURS:<br>**Tuesday through Saturday**, 9am to 3:30 pm |
| **SACRAMENTO**<br>825 Riverside Parkway, Suite 100<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm | **FRESNO**<br>4893 E. Kings Canyon<br>HOURS:<br>**Tuesday through Saturday**, 8am to 3:30 pm |

Photo Identification. **Naturalization applicants should bring their Alien Registration Card**. All applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

Please take note that the staff at the Application Support Center will not be able to answer any questions about the status of your application.