AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER<br>Maxine Bayley | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): On May 22, 2007 summons were served by U.S. certified mail to: Edward Olsen, US Attorneys Office 450 Golden Gate Ave. 10th Floor San Francisco, CA 94102; Rosemary Melville, Director, USCIS San Francisco District Office 630 Sansome St. San Francisco, CA 94111; Michael Chertoff, Secretary, U.S. Dept. of Homeland Security Office of the General Counsel Washington, DC 20528; Alberto Gonzales, US Attorney General, USDOJ, 950 Pennsylvania Ave., NW Washington, DC 20530-0001; Emilio T. Gonzalez, Director, USCIS, 20 Massachusetts Ave., NW Washington, DC 20529; Robert Mueller, Director, FBI J. Edgar Hoover Bldg. 935 Pennsylvania Ave., NW Washington, DC 20535-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/07
               Date

Signature of Server

LAWLER & LAWLER
201 Filbert Street, Suite 400
San Francisco, CA 94133
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure