SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY FLETCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>ROSEMARY MELVILLE, District Director,<br>U.S. Citizenship and Immigration Services<br>San Francisco District Office;<br>ALBERTO GONZALES, Attorney General,<br>U.S. Department of Justice;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security,<br><br>        Defendants. | No. C 07-2632 BZ<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2632 BZ                                          1

| | | |
|---|---|---|
| 1 | Date: June ___, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney |
| | | Attorneys for Defendants |

Date: June ___, 2007

MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

Stip. to Dismiss
C07-2632 BZ                          2