1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 GEOFFREY FLETCHER,                        )
                                             )  No. C 07-2632 BZ
13              Plaintiff,                    )
                                             )
14       v.                                  )
                                             )  **STIPULATION TO DISMISS AND**
15 ROSEMARY MELVILLE, District Director,     )  **[PROPOSED] ORDER**
   U.S. Citizenship and Immigration Services )
16 San Francisco District Office;            )
   ALBERTO GONZALES, Attorney General,       )
17 U.S. Department of Justice;               )
   ROBERT S. MUELLER, Director,              )
18 Federal Bureau of Investigations          )
   EMILIO T. GONZALEZ, Director,             )
19 U.S. Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, Secretary,              )
20 U.S. Department of Homeland Security,     )
                                             )
21              Defendants.                  )
   ――――――――――――――――――――――――――――――            )
22

23      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

27 adjudicate such application within 30 days of the dismissal of this action.

28      Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2632 BZ                        1

Date: June 7, 2007                                    Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney


                                                      _____/s/_____
                                                      EDWARD A. OLSEN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants




                                                      _____/s/_____
Date: June 7, 2007                                    MARTIN J. LAWLER
                                                      Attorney for Plaintiff


                                   **ORDER**

       Pursuant to stipulation, IT IS SO ORDERED.


Date:    June 7, 2007                                 _____
                                                      BERNARD ZIMMERMAN
                                                      United States Magistrate Judge

Stip. to Dismiss
C07-2632 BZ                            2